## Anna Klukas, Appellee, v. Union Life Insurance Company, Appellant.

Gen. No. 45,830.

Michael A. Gerrard, for appellant; Harvey L. Cavender, for appellee. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed December 10, 1952; released for publication December 31, 1952.